```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                 FEB 13 2013

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, NA, AS ATTORNEY IN FACT FOR BANK OF AMERICA, NA,<br><br>      Plaintiff,<br><br>vs.<br><br>WILLARD SIMMS, RANIA SIMMS, et al.,<br><br>      Defendants. | CASE NO. CV 13-00687 UA (DUTYx)<br><br>ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION |

  The Court remands this unlawful detainer action to state court summarily because defendant Willard Simms removed it improperly.

  Having been sued in what appears to be a routine unlawful detainer action in California state court, defendant lodged a Notice of Removal of that action to this Court and also presented an application to proceed without prepayment of the filing fee. The Court denied the latter application in a separate order because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this order to remand the action to state court.

  Plaintiff could not have brought this action in federal court in the first place, and defendant does not competently allege facts supplying either diversity or federal-question jurisdiction. See 28 U.S.C.

Case 2:13-cv-00687-UA-DUTY Document 3 Filed 02/13/13 Page 2 of 2 Page ID #:33

1  § 1441(a). Therefore, defendant has not met his burden to establish that removal is proper. See
2  Franchise Tax Bd. of State of Cal. v. Constr. Laborers Vacation Tr. for S. Cal., 463 U.S. 1, 8-10 (1983);
3  Hunter v. Philip Morris USA, 582 F.3d 1039, 1042-1043 (9th Cir. 2009).

4  Defendant is notified and warned that any subsequent attempts to remove the underlying state unlawful detainer action to this Court will be improper and will constitute vexatious conduct that the Court may address by way of punitive remedial measures, which may include having defendant designated as a vexatious litigant and barred from commencing any further removal actions with respect to the underlying state unlawful detainer action.

9  Accordingly, this matter is **remanded** to the Superior Court of California, County of Los Angeles, Northwest District, 6230 Sylmar Avenue, Van Nuys, California 91401, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c). The Clerk is directed to send a certified copy of this order to the state court and to serve copies of this order on the parties.

**IT IS SO ORDERED.**

DATED: 2/8, 2013

GEORGE H. KING
CHIEF DISTRICT JUDGE

Page 2